**Dismissed and Memorandum Opinion filed May 9, 2013.**



In The

# Fourteenth Court of Appeals

### NO. 14-13-00237-CV

**MICHAEL NORVIL, Appellant**

**V.**

**BANK OF AMERICA, Appellee**

**On Appeal from the Co Civil Ct at Law No 4**
**Harris County, Texas**
**Trial Court Cause No. 1022597**

## M E M O R A N D U M     O P I N I O N

This is an attempted appeal from a judgment signed December 3, 2012. Appellant filed a timely motion for new trial. Appellant's notice of appeal was filed March 18, 2103.

When appellant has filed a timely motion for new trial, motion to modify the judgment, motion to reinstate, or request for findings of fact and conclusion of law, the notice of appeal must be filed within ninety days after the date the judgment is

signed. *See* Tex. R. App. P. 26.1(a).   Accordingly, the notice of appeal was due March 4, 2013.  Appellant, however, filed his notice of appeal on March 18, 2013.

Appellant's notice of appeal was not filed timely. A motion for extension of time is necessarily implied when an appellant, acting in good faith, files a notice of appeal beyond the time allowed by Rule 26.1, but within the fifteen-day grace period provided by Rule 26.3 for filing a motion for extension of time.  *See Verburgt v. Dorner*, 959 S.W.2d 615, 617-18 (1997) (construing the predecessor to Rule 26).  However, the appellant must offer a reasonable explanation for failing to file the notice of appeal in a timely manner.  *See* Tex. R. App. P. 26.3, 10.5(b)(1)(C); *Verburgt*, 959 S.W.2d at 617-18; *Miller v. Greenpark Surgery Center Assocs., Ltd.*, 974 S.W.2d 805, 808 (Tex. App.—Houston [14th Dist.] 1998, no pet.).

On April 4, 2013, appellant was ordered to file a proper motion to extend time to file the notice of appeal or the appeal would be dismissed for want of jurisdiction. *See* Tex. R. App. P. 42.3(a).  Appellant filed no response.

Accordingly, the appeal is ordered dismissed.


PER CURIAM


Panel consists of Justices Boyce, Jamison and Busby.

2